UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PROBATION OFFICE

MARIA RODRIGUES McBRIDE
CHIEF PROBATION OFFICER
U.S. DISTRICT COURT
PROBATION DEPARTMENT
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 22ND FLOOR
NEW HAVEN, 06510
203-773-2100

April 14, 2005
New Haven

U.S. COURTHOUSE
ROOM 735
450 MAIN STREET
HARTFORD, 06103
860-240-3661

U.S. COURTHOUSE
ROOM 211
915 LAFAYETTE BLVD.
BRIDGEPORT, 06604
203-579-5707

To: The Honorable Peter C. Dorsey
U. S. District Judge

From: Wilfredo Duran
U.S. Probation Officer

RE: **KING, William**
**3:03CR00222(PCD)**
**BOND VIOLATION REPORT**

The above-named defendant was presented before Your Honor on September 24, 2004, and his bond was reinstated with the understanding that the defendant would be referred to Connecticut Valley Hospital and conditions which include but are not limited to the following:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. If The defendant is arrested while on release, he shall immediately notify the pretrial services officer of his arrest.

2. The defendant shall immediately advise the Court, defense counsel, and the U.S. attorney's office in writing of any change in address and telephone number.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

4. The defendant shall submit to psychological counseling and participate in a program designated by probation.

5. The defendant shall refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C.§802 unless prescribed by a licensed medical practitioner.

The government has advised this office that the defendant is not participating in his psychological treatment. Contact was made with the treatment provider, Bridgeport Mental Health, which confirms that the defendant has not participated in their program for over a month. The contact person, Debby Barton, indicated that the defendant's counselor was on vacation. Ms. Barton provided this office with the name and telephone number of the State Public Defender who represents the defendant in this matter, Attorney Dennis Harrigan.

January 7, 2005
Page 2

Contact was made with Attorney Harrigan who advised that he has not had contact with his client for about a month and that there is an active warrant for his arrest as he failed to appear. We discovered that the defendant had a Breach of Peace arrest on September 24, 2004, and the re-arrest warrant was issued on April 4, 2005.

We recommend that the court issue a warrant so that the defendant can be brought before this court to show cause why he should not be detained.

| Approved: | Denied: |
|---|---|
| The Honorable Peter C. Dorsey | The Honorable Peter C. Dorsey |
| Date: April 15, 2005 | Date: |

cc:  Maria Rodrigues McBride, Chief U.S. Probation Officer
    Mark Rubino, Assistant U.S. Attorney
    Thomas Belsky, Assistant Federal Public Defender

WD/ym