UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR222(PCD) |
| WILLIAM KING | : | June 21, 2005 |

## MOTION TO DISMISS

The Defendant, William King, respectfully moves pursuant 18 U.S.C. § 3162(a)(2) to dismiss the pending indictment against him for failure to comply with the mandates of the Speedy Trial Act. 18 U.S.C. § 3161 et. seq. In a supporting memorandum filed contemporaneously with this motion, Mr. King sets forth the basis for this motion.

WHEREFORE, Mr. King respectfully requests that the Court grant this motion.

Respectfully submitted,

THE DEFENDANT,
WILLIAM KING

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: June 21, 2005

/s/
_____
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Mark Rubino, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 21st day of June 2005.

/s/
_____
Paul F. Thomas