UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     Plaintiff, : | |
| : | |
|     -vs- : | Civ. No. 3:03cr222 (PCD) |
| : | |
| William KING : | |
|     Defendant. : | |

**RULING ON DEFENDANT'S MOTION TO DISMISS**

Defendant, William King, moves [Doc. No. 57] pursuant to 18 U.S.C. § 3162(a)(2) to dismiss with prejudice the pending indictment against him for failure to comply with the mandates of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, Defendant asserts that more than seventy days have elapsed between December 23, 2004, when he was released from Connecticut Valley Hospital after having been restored to competence, and the present. The government concedes that the case should be dismissed, but argues that any dismissal should be without prejudice. For the reasons that follow, Defendant's motion is **granted in part**.

The Court is intimately familiar with the history of the case and is persuaded that Defendant's behavior–including his refusal to take his medication and participate in court-ordered out-patient mental health treatment– have contributed not only to the delay at issue for purposes of this motion, but also to numerous delays throughout the entire pendency of this case. Furthermore, the government has cooperated in good faith with the defense and the probation office to address Defendant's mental health issues. In fact, the government has amply demonstrated that its attempts to secure Defendant treatment have taken priority over its prosecution of the charges against him.

In light of the above, the indictment should be dismissed without prejudice.

SO ORDERED.

Dated at New Haven, Connecticut this  11th  day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　────────────

　　　　　　　　　　　　　　　　　　　　　Peter C. Dorsey
　　　　　　　　　　　　　　　　　　　United States District Judge