UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:03CR222(PCD) |
| WILLIAM KING : | July 21, 2005 |

### MOTION TO EXONERATE BOND AND TO RETURN CASH

The defendant, William King, hereby moves this Court for an order exonerating the Appearance Bond in this case, and directing the Clerk of the Court to return the $1000 cash Mr. King provided as security for the Appearance Bond. In support of this motion, the defendant states:

1. On June 5, 2003, the defendant was arrested and detained;

2. On March 9, 2004, the defendant was released pursuant to an appearance bond, a copy of which is attached hereto as Exhibit A. In accordance with this bond, $1000 was filed with the Clerk of the Court as security.

3. On July 11, 2005, the Court dismissed the indictment against Mr. King. Thus, there is no federal case pending against Mr. King, and therefore, no longer legal reason for the Clerk to keep custody of the cash submitted as security for the appearance bond.

4. For these reasons, Mr. King respectfully requests the Court order the release of the $1000 submitted is security, and respectfully requests the Clerk be directed to forward said money to the following address:

William King
725 Laurel Ave.
Bridgeport, CT 06604

Respectfully submitted,

THE DEFENDANT,
WILLIAM KING

THOMAS G. DENNIS
FEDERAL DEFENDER

- 2 -

Dated: July 21, 2005

*[signature]*

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Mark Rubino, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 21st day of July 2005.

*[signature]*

Thomas Belsky

≈AO 98    (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of ~~C~~**FILED**~~onnecticut~~

| UNITED STATES OF AMERICA | 2004 MAR -9 A 11: 01 |
|---|---|
| V | US DISTRICT COURT BRIDGEPORT CT |
| William King | **APPEARANCE BOND** |
| Defendant | Case Number: 3:03cr222 (PCD) |

~~Non-surety~~ I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _150,000._____, and there has been deposited in the Registry of the Court the sum of
$ _7000.00_____ in cash or _____—_____ (describe other security)

The conditions of this bond are that the defendant __William King__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _3-9-04_ at _Bridgeport CT_
Date                                    Place

Defendant _William M. King BJ King_  Address _456 Ocean Av. Stratford CT 06615_
                                                                                 203-377-6264
Surety _BJ King / RJ King_           Address _SAME_
Surety _____ Address _____

Signed and acknowledged before me on _3-9-04_
                                        Date

_[signature]_
Judicial Officer/Clerk

Approved: _____
Judicial Officer  USMJ

(left margin: See order setting conditions of release)