**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

    -vs-                                                     Criminal No. 3:03 cr 222 (PCD)

WILLIAM KING

ORDER

     IT IS HEREBY ORDERED that the Appearance Bond in this case be exonerated and the Clerk of the Court shall return the $1,000.00 that was provided as security to the defendant, Mr. William King, at 725 Laurel Ave., Bridgeport, CT 06604.

SO ORDERED.

Dated at New Haven, Connecticut, August 9, 2005.

                                            /s/_____
                                                Peter C. Dorsey, Senior
                                                United States District Judge