UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     Plaintiff, : | |
| : | |
|     -vs- : | Civ. No. 3:03cr222 (PCD) |
| : | |
| William KING : | |
|     Defendant. : | |

**RULING ON GOVERNMENT'S MOTION TO RECONSIDER RULING ON DEFENDANT'S MOTION TO EXONERATE BOND**

The United States of America moves [Doc. No. 63] that the Court reconsider its ruling granting Defendant's motion to exonerate bond. In support of its motion, the government contends that it has learned that the $1,000 posted as security on Defendant's bond may have been posted by Defendant, not his father, who is also known as William King. As a result, the government moves for the Court to vacate its order and permit it to determine which William King–Defendant or his father–posted the monies. In light of the above, the government's motion for reconsideration is **granted** and Court's August 9, 2005 Order [Doc. No. 62] is hereby **vacated**. On or before November 18, 2005, the government and Defendant shall report to the Court the source of the funds.

    SO ORDERED.

    Dated at New Haven, Connecticut this  4th  day of November, 2005.

/s/

Peter C. Dorsey
United States District Judge