UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:03CR222(PCD) |
| WILLIAM KING : | November 14, 2005 |

### DEFENDANT'S MEMORANDUM RE: MONEY POSTED AS SECURITY

The defendant, William King, through the undersigned counsel, hereby submits the following memorandum in response to the Court's order of November 4, 2005, requesting that the parties report as to the source of monies posted as security on Mr. King's bond. Respectfully, Mr. King states the following:

1. On June 5, 2003, the defendant was arrested and detained;

2. On March 9, 2004, the defendant was released pursuant to an appearance bond. In accordance with this bond, $1000 was filed with the Clerk of the Court as security.

3. Counsel for Mr. King initially believed the money belonged to the defendant, William King. However, on November 14, 2005, counsel was informed that the money actually belonged to the defendant's father, Robert King. To this end, Robert King and the defendant have apparently mailed a letter to the Clerk's Office in New Haven, stating that the money belongs to Robert King and requesting that the money be returned to Robert King through the person of Novlette Womak, Robert King's full-time nurse and care giver. This letter further requested the money be mailed to Ms. Womack's home address: 725 Laurel Avenue, Bridgeport, CT.

4. For these reasons, Mr. King respectfully requests the Court order the release of the $1000 submitted is security, and respectfully requests the Clerk be directed to forward said money to Robert King at the address listed above.

Respectfully submitted,

THE DEFENDANT,
WILLIAM KING

- 2 -

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: November 14, 2005

_____
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing has been mailed to Mark Rubino, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 15th day of November 2005.

_____
Thomas Belsky