UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:03CR222(PCD) |
| WILLIAM KING | : | November 17, 2005 |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MEMORANDUM RE: MONEY POSTED AS SECURITY**

Defense counsel has represented that the $1,000 was posted by the defendant's father, Robert King. While the government could nonetheless forfeit this sum based upon the defendant's repeated bond violations, the government states that it has no objection to the Court authorizing the Clerk's Office to return the money to Robert King.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

  /s/
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Tel. (203) 821-3732
Federal Bar No. CT03496

## CERTIFICATION OF SERVICE

This is to certify that the foregoing has been sent via fax and U.S. mail this 17th day of November 2005, to:

Tom Belsky, AFPD
2 Whitney Avenue, Suite 300
New Haven, CT 06510

                                                      /s/
                                    MARK D. RUBINO
                                    ASSISTANT UNITED STATES ATTORNEY